CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01418−PAM−JSM

La Valley v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Demand: $75,000
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/23/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Robert La Valley** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/23/2008 | Ï 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 40024013.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by Robert La Valley. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 05/23/2008) |
| 05/23/2008 | Ï | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (JMH) (Entered: 05/23/2008) |
| 05/27/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Ms. Sabina Downing, Attorney for Defendants (ckp.filings@crbard.com) on 5/27/2008 by Robert La Valley. Waiver of Service due by 6/27/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form sent to Defendants, # 2 Certificate of Service)(Johnson, Charles) (Entered: 05/27/2008) |
| 06/02/2008 | Ï 3 | CERTIFICATE OF SERVICE by Robert La Valley re 2 Request for Waiver of Service, 1 Complaint, (Johnson, Charles) (Entered: 06/02/2008) |
| 06/02/2008 | Ï 4 | WAIVER OF SERVICE Returned Executed filed by Robert La Valley. Davol, Inc. waiver sent on 5/27/2008, answer due 7/28/2008; C. R. Bard, Inc. waiver |

| | | |
|---|---|---|
| | | sent on 5/27/2008, answer due 7/28/2008. (Johnson, Charles) (Entered: 06/02/2008) |
| 07/21/2008 | Ï 5 | Certified Copy of Transfer Order (CTO−22) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 07/23/2008) |